STATE of Missouri, Respondent,

v.

Corian E. FOSTER, Appellant.

WD 78994

Missouri Court of Appeals,
Western District.

ORDER FILED: February 28, 2017

Damien de Loyola, Assistant Appellate Defender, Kansas City, MO, Attorney for Appellant,

Joshua D. Hawley, Attorney General, Robert J. (Jeff) Bartholomew, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Thomas H. Newton and Lisa White Hardwick, Judges

### Order

Per Curiam:

Mr. Corian E. Foster appeals from the judgment of the Circuit Court of Jackson County, Missouri, convicting him of possession of a controlled substance and unlawful use of drug paraphernalia following a bench trial. On appeal, Mr. Foster argues that the trial court erred in overruling his motion to suppress evidence. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 30.25(b).

Jeffrey S. SAUERBRY, Appellant,

v.

STATE of Missouri, Respondent.

WD 79367

Missouri Court of Appeals,
Western District.

ORDER FILED: February 28, 2017

Susan L. Hogan, Appellate Defender, Kansas City, MO, Attorney for Appellant,

Joshua D. Hawley, Attorney General, Daniel N. McPherson, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division Three: Karen King Mitchell, Presiding Judge, and Victor C. Howard and Gary D. Witt, Judges

### Order

Per Curiam:

Jeffrey Sauerbry appeals the motion court's denial, following a hearing, of his motion for post-conviction relief under Rule 29.15. Sauerbry argues that the motion court clearly erred in denying his motion in that he received ineffective assistance of counsel when his trial counsel failed to object to certain testimony at trial. Finding no error, we affirm. Rule 84.16(b).